359 A.2d 925
COMMONWEALTH
v.
ODEM, Appellant.

Sub-

mitted April 12, 1976. Stephen H. Hutzelman, for appellant; Michael J. Veshecco, Assistant District Attorney, and Robert H. Chase, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.